**Order entered December 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00696-CR

**TADARRIUS LONTRELL WINTERS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-39468-N**

## ORDER

Before the Court is the State's December 10, 2019 first motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the State's brief due on or before January 6, 2020.

/s/    BILL PEDERSEN, III
JUSTICE